IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1699-EWN-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$411,045.00  IN UNITED STATES CURRENCY,

        Defendants.
_____

## ORDER
_____

This matter having come before the Court on the United States' Status Report and Motion to Vacate Status Conference - November 29, 2005, and the Court being fully advised, it is hereby ORDERED:

The Status Conference scheduled for Friday, December 9, 2005 commencing at 9:00 a.m. is VACATED and rescheduled for Friday, **February 3, 2006**, at 9:30 o'clock a.m.

Dated this 30th day of November, 2005

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge